# EXHIBIT A



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION
20Dec07

| VOLUME | DOC. NO. |
|--------|----------|
| 3560   | 66       |

| VOLUME | DOC. NO. |
|--------|----------|

Register of Copyrights and
Associate Librarian for Copyright Services



DANIEL R. BARBAKOW, ESQ.
MANNIS & BARBAKOW
11661 San Vicente Boulevard, Suite 1010
Los Angeles, California  90049
(213) 476-7311

Attorneys for Petitioner
WILLIAM ROBINSON, JR.



FILED

NOV 06 1989

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE THE MARRIAGE OF:                )        CASE NO. D 170304
                                      )
WILLIAM ROBINSON, JR.,                )        FURTHER JUDGMENT ON
                                      )        RESERVED ISSUES
              Petitioner,             )
                                      )
and                                   )
                                      )
CLAUDETTE A. ROBINSON,                )
                                      )
              Respondent.             )
_____)

A  Judgment  of  Dissolution  of  marriage having been

entered  on  October  24,  1986,  and  said  Judgment having

reserved  all  other  issues for determination by the Court:

Petitioner   and   Respondent   (sometime  hereinafter  "the

parties")  having agreed to divide their property consistent

with  the  terms  and  provisions  of this Further Judgment:

Motown  Record  Corporation, Inc. and Jobete Publishing Co.,

Inc.   (hereinafter   collectively   "MRC")  Respondent  and

Petitioner  having  left  for determination by the Court and

the  Court  having  determined  their  respective claims for

attorneys'  fees  and  costs  and  Respondent  and  MRC also

having  left  for  determination  by the Court and the Court

1  having taken under submission the issue of how certain
2  deposition transcripts taken in the case will be handled;
3  the Honorable William P. Hogoboom having heard testimony
4  and received evidence and having determined that as to each
5  party said party understood and agreed to all of the
6  provisions of this judgment and each party having answered
7  in the affirmative, and Daniel R. Barbakow, Mannis &
8  Barbakow and Stephen M. Fleishman having joined in the
9  stipulation, and, insofar as pertinent to MRC, MRC, by and
10  through their counsel, Edward Ruttenberg, of Leopold,
11  Petrich and Smith, having answered in the affirmative,

12      IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS
13  FOLLOWS:

7.    IT  IS  FURTHER  ORDERED,  ADJUDGED  AND DECREED that  the  community  property  of  the  parties  is equally divided as follows:

a.    To   the   Respondent   as  her  sole  and separate property, the following:

(8)   A   one-half   interest   in   those
certain   copyrights,   contract   rights and/or royalty rights
with   respect   to   musical   compositions   created during the
marriage   and   listed   as   set forth hereinafter ("Community
Musical Compositions").

b.   IT   IS FURTHER ORDER, ADJUDGED AND DECREED
that   the following property is awarded to the Petitioner as
his sole and separate property:



    (13) A one-half interest as tenants in
common in those certain copyrights, contract rights and/or
royalty rights with respect to musical compositions created
during the marriage and listed as set forth hereinafter
("Community Musical Compositions").

///

8/25/89         -16-

8.   The "Community Musical Compositions" are hereinafter defined to include copyrights, contract rights and/or royalty rights with respect to Petitioner's musical compositions created on or after November 7, 1959 and before May 30, 1985. The royalties of Petitioner arising therefrom include royalties, domestic and foreign for writers, performers (artists), producers, mechanical, publishers royalties, and composers royalties.

With regard to the parties' jointly owned as tenants in common copyrights, contract rights and/or royalty rights with respect to said Community Musical Compositions created during the marriage, the list of said compositions is believed to be as follows:

COMPOSITION

1.   Absent Minded Lover
2.   After All
3.   After All That You've Done
4.   Agony And the Ecstasy
5.   Ain't It Baby
6.   Ain't That Peculiar
7.   Ain't You Glad You Chose Love
8.   All I Want Is You
9.   All My Life's A Lie
10.   All That's Good

8/25/89                    -17-

COMPOSITION

11.    And I Don't Love You

12.    Answer Is Love (The)

13.    Are You Still Here

14.    Are You Sure Love Is The Name of This Game

15.    As Long As I Know He's Mine

16.    As Long As There Is Love Love

17.    Asleep On My Love

18.    At The Go Go

19.    Automatically Sunshine

20.    Baby Baby Don't Cry

21.    Baby Baby I Need You

22.    Baby Come Close

23.    Baby I'm Glad That Things Worked Out So Well

24.    Baby That's Backatcha

25.    Baby You Got The Key

26.    Backfire

27.    Backstage

28.    Be Kind To The Growing Mind

29.    Because Of You (It's The Best It's Ever Been)

30.    Being With You

31.    Best Friends #1

32.    Bet Friends #2

33.    Better Late Than Never

34.    Better Unsaid

35.    Big Time

36.    Blood Song (The)

37.    Blue Collar Genius

**COMPOSITION**

38. Boy I've Never Met (The)
39. Breath Taking Guy (A)
40. Broken Hearted
41. Casting You Casting (You Cast A Spell On Me)
42. Castles Made of Sand
43. Cause I Love You
44. Cherish Your Cherry
45. Choosey Beggar
46. Christmas Everyday
47. Cinderella (It's Twelve O'Clock)
48. Cindy
49. Clap Your Hands
50. Close Encounters of the First Kind
51. Coincidentally
52. Come On Do The Jerk
53. Come Spy With Me
54. Composer (The)
55. Cotillion
56. Crazy About the La La La
57. Crosses
58. Cruisin'
59. Custer's Last Man
60. Dancing's Alright
61. Day My World Stood Still (The)
62. Day You Take One (The) (You Have to Take The
63. Daylight & Darkness
64. Depend on Me (You Can)

8/25/89                          -19-

COMPOSITION

65. Depend on Me (You Can)

66. Determination

67. Dinah

68. Do It

69. Do Like I Do

70. Do Like I Do

71. Doggone Right

72. Don't Let Him Shop Around

73. Don't Look Back

74. Don't Mess With Bill

75. Don't Send Me Away

76. Don't Take a Wooden Nickel

77. Don't Think It's Me

78. Don't Wanna Play Pajama Games

79. Dream Girl

80. Dreams Dreams

81. Drop In The Bucket

82. Dynamite

83. Easier Said Than Done

84. Envious

85. Ever Had A Dream

86. Everybody's Gotta Pay Some Dues

87. Everybody's Talking

88. Everyday I'll Love You More Than Yesterday

89. Fading Away

90. Family Song (The)

91. Fan The Flame

8/25/89                            -20-

## COMPOSITION

92.   Fancy Meeting You Here

93.   Feel Alright Tonight

94.   Fire Fly

95.   First I Look At The Purse

96.   Flower Girl

97.   Floy Joy

98.   Fly By Night

99.   Food For Thought

100.   For The Love Of Mike

101.   Forever In My Heart

102.   Fork In The Road (A)

103.   From Head To Toe

104.   Fulfill Your Need

105.   Further You Look The Less You See (The)

106.   Get Out Of Town

107.   Get Ready

108.   Ghetto Tenement (Life In) (The)

109.   Gimme What You Want

110.   Girl I'm Standing There

111.   Girls Girls Girls

112.   Give Him Up

113.   God Rest Ye Merry Gentlemen

114.   God Rest Ye Merry Gentlemen

115.   Going To A Go-Go

116.   Gone Again

117.   Goodbye Cruel Love

118.   Gotta Pay Dues (Everybody's Got To Pay Some)

8/25/89                                   -21-

COMPOSITION

119. Groovey Thing (The)
120. Hanging On By A Thread
121. Happy (Love Theme From Lady Sings The Blues)
122. Happy Landing
123. Harlem
124. Have You Ever Had a Dream
125. Have You Heard About the Fool
126. He Couldn't Do The Money
127. He Don't Care About Me
128. He Is The Light Of The World
129. He's A Good Guy (Yes He Is)
130. He's My Sunny Boy
131. He's The One I Love
132. Headin' North
133. Heartbreak Graffiti
134. Heartbreak Road
135. Heavy On Pride (Light On Love)
136. Help Me Find My Baby
137. Here I Am Baby
138. Here I Go Again
139. Hip Trip
140. Hold On To Your Love
141. Holly
142. Home Is Where The Heart Is
143. Hoping The Pause Is Helping The Cause
144. How When My Heart Belongs To You
145. Hunter Gets Captured By The Game (The)

8/25/89                    -22-

CONPOSITION

146.  Hurt Is Over (The)

147.  I Am I Am

148.  I Believe In Christmas Eve

149.  I Can Take A Hint

150.  I Can't Believe

151.  I Can't Find

152.  I Can't Get Over You

153.  I Can't Get There From Here

154.  I Can't Think Of A Thing At All

155.  I Don't Blame You At All

156.  I Don't Know How Right It Was

157.  I Gave Up Quality For Quantity

158.  I Gotta Thing For You

159.  I Hope She Gets A Better Break Than Me

160.  I Just Can't Let Him Down

161.  I like It Like That

162.  I Love the Nearness of You

163.  I Need You (Little Darlin')

164.  I Now See You Clear Through My Tears

165.  I Second That Emotion

166.  I Should've Known Better

167.  I Think I Can Change You

168.  I Think The Devil Must Be Beating His Wife

169.  I Think We Can Make It

170.  I Want To Be Your Love

171.  I Want To Do It Right

172.  I Want You 'Round

8/25/89                                    -23-

COMPOSITION

173.  I Won't Take You Back

174.  I'll Be Available

175.  I'll Be Doggone

176.  I'll Be In Trouble

177.  I'll Cry A Million Tears

178.  I'll Pay Double

179.  I'll Take You Any Way That You Come

180.  I'll Try Something New

181.  I'm A Fool For the Fuel

182.  I'm Bound

183.  I'm Doing It All

184.  I'm Gonna Cry

185.  I'm Gonna Cry If You Quit Me

186.  I'm Gonna Keep On Trying

187.  I'm Gonna Love You Like There's No Tomorrow

188.  I'm In Love With You (Opus 1)

189.  I'm Stuck On You

190.  I've Been Good To You

191.  I've Gotta Get Away

192.  I've Made Love To You A Thousand Times

193.  If I Can't Have You

194.  If We're Gonna Act Like Lovers

195.  If You Can Want

196.  If You Wanna Make Love (Come Round Here)

197.  If Your Mother Only Knew

198.  In Case You Need Love

199.  International Baby

8/25/89                         -24-

COMPOSITION

200. Into Each Rain Some Life Must Fall
201. Is It Me Or Is It You
202. Is There Anything That I Can Do
203. It Takes A Whole Lotta Man For A Woman Like
204. It's A Bitter Pill To Swallow
205. It's A Good Feeling
206. It's A Good Night
207. It's Fantastic
208. It's Growing
209. It's Her Turn to Live
210. It's Me
211. It's Out Of The Question
212. It's Too Late
213. J J's Theme
214. Just Like A Man
215. Just My Daydream
216. Just My Soul Responding
217. Keep It Up
218. Keep Me
219. KewPie Doll
220. Laughing Boy
221. Legend In Its Own Time (A)
222. Let Me Be The Clock
223. Let Me Have Some
224. Let Me Have Some
225. Letter (The)
226. Like A Diamond In The Sky

8/25/89                    -25-

COMPOSITION

227.  Like A Good Man Should
228.  Like Nobody Can
229.  Like Nobody Can
230.  Little Girl Little Girl
231.  Little Miss Sweetness
232.  Long Gone Lover
233.  Looking For The Right Guy
234.  Looking Through The Eyes Of Love (You've Got)
235.  Lost For Words
236.  Love Between Me And My Kids (The)
237.  Love Brought Us Here Tonight
238.  Love Don't Give No Reason
239.  Love Has A Reason For Neglecting
240.  Love I Need You
241.  Love I Saw In You Was Just A Mirage (The)
242.  Love In A Move (There's Always Room For)
243.  Love Is The Answer
244.  Love Is What You Make It
245.  Love Letters
246.  Love Me A Molehill, I'll Love You A Mountain
247.  Love She Can Count On (A)
248.  Love So Fine
249.  Love Will Set You Free (Theme From Solarbabi)
250.  Lover
251.  Lover Boy
252.  Loving Country (The)
253.  Loving You Is Better Than Ever

8/25/89                          -26-

COMPOSITION

254. Ma Ma

255. Madam X

256. Make Me Happen

257. Malinda

258. Mama

259. Man In You (The (You Can't Let The Boy Over)

260. Marionette

261. Melody Man

262. Mighty Good Lovin'

263. Misery Makes Its Home In My Heart

264. Money

265. Money And Me

266. More Love

267. More More More of Your Love

268. More On The Inside

269. Mr. Candy Store Man

270. Mr. Blues

271. Mr. Pride & Mr. Gloom

272. Much Better Off

273. My Baby

274. My Baby Moves Me

275. My Baby Must Be A Magician

276. My Bed of Thorns

277. My Business Your Pleasure

278. My Girl

379. My Girl Has Gone

280. My Guy

1 **COMPOSITION**

2 281. My Heart

3 282. My Heart Is Vacant

4 283. My Heart Says Yes

5 284. My Love For You

6 285. My Man Is Coming Home

7 286. My Smile Is Just A Frown Turned Upside Down

8 287. My Telephone Is Ringing

9 288. New Girl (A)

10 289. No More Tearstained Make Up

11 290. No More Water In The Well

12 291. No One To Love

13 292. No Time

14 293. No Wonder Love's A Wonder

15 294. Not Now (I'll Tell You Later)

16 295. Nothing

17 296. Nothing In This World Like My Baby

18 297. Now It's Too Late

19 298. Now That You've Won Me

20 299. Ode To Yoruba

21 300. Oh Baby Baby I Love You

22 301. Oh Be My Love

23 302. Oh Distant Lover

24 303. Oh Freddy

25 304. Oh I Apologize

26 305. Oh I Apologize

27 306. Oh Lover

28 307. Old Miner (The)

8/25/89

COMPOSITION

308.  On Trial

309.  Once I Got To Know You (Couldn't Help But Lo)

310.  One Good Bull Is Half The Heard

311.  One Man Is Just As Good As Another (Sometime)

312.  One More Heartache

313.  One Soft Night

314.  One Who Really Love You (The)

315.  Only One I Love (The)

316.  OOO Baby Baby

317.  Ooowee Baby

318.  Open

319.  Operator

320.  Opportunity Knock (For Me)

321.  Our Lips Just Seem To Rhyme Everytime

322.  Over and Over

323.  Over and Over

324.  Paper Boy

325.  Parting Hour

326.  Parting Hour (The)

327.  Pet Names

328.  Please Say

329.  Point It Out

330.  Precious Little Things

331.  Promise Me

332.  Quiet Storm

333.  Really Love (When Two People)

334.  Really Wild

8/25/89                    -29-

1  **COMPOSITION**
2  335.  Rosa Lee
3  336.  Ruby
4  337.  Sailor Man
5  338.  Same Old Story
6  339.  Santa Is Flying Out Tonight (Smokey's Melody)
7  340.  Satisfaction
8  341.  Save Me
9  342.  Shame 'Em Up
10  343.  Shana's Theme
11  344.  Share It
12  345.  She Was Takin' My Baby
13  346.  She's Got To Be Real
14  347.  She's Letting Herself Go
15  348.  She's Takin' It Easy
16  349.  She's The Kind of Girl
17  350.  Shoe Sole
18  351.  Shop Around
19  352.  Shut Up Woman
20  353.  Silent Partner In A Three Way Love Affair
21  354.  Since I Don't Have You Love
22  355.  Since I Lost My Baby
23  356.  Since You Won My Heart
24  357.  Slow Down Heart
25  358.  Smokey's Melody (Santa Is Flying Out Tonight)
26  359.  So Far
27  360.  So In Love
28  361.  So Nice To Be With You

8/25/89                    -30-

## COMPOSITION

362. Somebody's Daughter Oughta

363. Something's Happening

364. Soulful Shack (The)

365. Special Occasion

366. Spellbound

367. Still Water (Love)

368. Still Water (Peace)

369. Such Is Love Such Is Life

370. Sweet Harmony

371. Sweet Thing

372. Sweet Thing (Opus 1)

373. Swept For You Baby

374. Symphony

375. Take Me Where You Go

376. Take This Heart of Mine

377. Talking 'Bout The Limbo

378. Tatto (A)

380. Tears (The)

381. Tears of A Clown (The)

382. That Child Is Really Wild

383. That Day When She Needed Me

384. That's How Bad

385. That's The Way I Feel

386. That's The Way I See Him

387. That's What Love Is Made Of

388. That's Why I Love You Like I Do

389. Then

## COMPOSITION

390. There's A Definite Change In You
391. There's A Sad Story Here
392. There's Always Room For Love In A Movie
393. This I Swear I Promise
394. Those D.J. Shows
395. Those Low-Down Shuffle Blues
396. Till Johnny Comes
397. Too Much A Little Too Soon
398. Touch The Sky
399. Touching You
400. Tracks Of My Tears (The)
401. Train Of Thought
402. Treat Me Nice John Henry
403. Trying It Again
404. Two Lovers
405. Two Wrongs Don't Make It Right
406. Undecided
407. Until You Came Along
408. Virgin Man
409. Wanna Know My Mind
410. Way Over There
411. Way You Do The Things You Do (The)
412. We Really Love Each Other
413. Wedding Song
414. What A Good Man He Is
415. What Cha Gonna Do
416. What Is Love

8/25/89                           -32-

COMPOSITION

| | | |
|---|---|---|
| 417. | What Love Has Joined Together |
| 418. | What You Gonna Do With Me Baby |
| 419. | What's In Your Life For Me |
| 420. | What's So Good About Goodbye |
| 421. | Whatever Makes You Happy |
| 422. | Whatever Makes You Happy |
| 423. | When I Had Your Love |
| 424. | When I'm Gone |
| 425. | When Love Dies |
| 426. | When Nobody Cares |
| 427. | When Sundown Comes |
| 428. | When The Words From Your Heart Get Caught Up |
| 429. | When You Came |
| 430. | When You Want Me (I'll Be There) |
| 431. | Who You Gonna Run To |
| 432. | Who's Lovin' You |
| 433. | Who's The Fool |
| 434. | Whole Lotta Woman |
| 435. | Why Do Happy Memories Hurt So Bad |
| 436. | Why Don't You Try It |
| 437. | Why You Wanna See My Bad Side |
| 438. | Will This Be The Day |
| 439. | Wine, Women And Song |
| 440. | Wings and Halo |
| 441. | Wisdom of Time (The) |
| 442. | Won't You Take Me Back |
| 443. | Wonderful Baby |

8/25/89                              -33-

COMPOSITION

444. Would I Love You

445. Wouldn't You Like To Know

446. Yes It's You Lady

447. Yester Love

448. You and Me

449. You Are A Way of Life

450. You Are Forever

451. You Beat Me To The Punch

452. You Bring Back Memories

453. You Can Bet Your Bottom Dollar

454. You Can Do It

455. You Can't Spell Guilty (Without A 'U' Or 'I'

456. You Don't Know What It's Like

457. You Don't Mean Me No Good

458. You Must be Love

459. You Neglect Me

460. You Only Build Me Up To Tear Me Down

461. You Send Me (With Your Good Loving)

462. You Share The Blame

463. You Threw A Lucky Punch

464. You'll Lose A Precious Love

465. You're Just Right For Me

466. You're My Gardener

467. You're My Hero

468. You're My Remedy

469. You're Not An Ordinary Girl

470. You're So Fine and Sweet

8/25/89                        -34-

1   CONPOSITION

2   471.  You're The One

3   472.  You're The One For Me Bobby

4   473.  You're The One I Need

5   474.  You've Changed Me

6   475.  You've Got The Love I Need

7   476.  You've Got To Earn It

8   477.  You've Really Got A Hold On Me

9   478.  Your Heart Belongs To Me

10  479.  Your Love

11  480.  Your Mother Called On Me Today

12  481.  Your Mothers Only Daughter

13  482.  Your Old Stand By

14  483.  Your Wonderful Sweet Sweet Love

15          (a)   The  parties are ordered to equally divide

16  between  themselves  the  foregoing  rights in the Community

17  Musical  Compositions  listed  hereinabove  so that from the

18  date  hereof  each  of  the  parties is to hold an undivided

19  one-half  interest  in  said rights in the Community Musical

20  Compositions as Tenants-in-Common.

21          (b)   Petitioner  is  ordered  to  execute  such

22  documents  as  may  be required to effectuate direct payment

23  to  the  Respondent  of  her  one-half  of  all  of his said

24  receipts  from  the  Community  Musical Compositions (except

25  for  the  Jobete  Publishing  Company,  Inc.,  royalties

26  referenced  hereinafter  and  only  for  the  period of time

27  required  to  pay  the  Jobete Publishing Company, Inc. loan

28  ///

8/25/89                         -35-

1    and the sums due Petitioner as set forth in Paragraph 11,
2    page 37 hereinafter).

3            To the extent that direct payments from
4    ASCAP, and, when due, Jobete Publishing Company, Inc.,
5    cannot be effected Petitioner is ordered to collect the
6    total receipts from the Community Musical Compositions and
7    promptly transmit one-half of said sums to Respondent along
8    with copies of whatever documentation have been provided to
9    Petitioner by the payor of said royalties. The Respondent
10   may elect to have a third person, to be jointly selected by
11   Petitioner and Respondent, receive payment from ASCAP and
12   Jobete Publishing Company, Inc., when applicable, and
13   distribute said payment one-half to Petitioner and one-half
14   to Respondent. In that event, both Petitioner and
15   Respondent shall be responsible for one-half the reasonable
16   costs incurred in connection therewith.

17           (c) Petitioner shall have the sole, absolute
18   and exclusive right, reasonably exercised to administer and
19   exploit all rights in said Community Musical Compositions
20   or any of them throughout the universe, to print, publish,
21   use or license the use of said rights and compositions, or
22   any of them, throughout the universe; to execute any
23   license or agreement affecting said rights and
24   compositions, or any of them, including, but not limited to
25   licenses for mechanical reproduction, public performance,
26   synchronization uses, subpublication, merchandising and
27   advertising, to make all decisions with respect to said
28   rights and compositions, and to have the right to assign or

8/25/89                    -36-

1   license such rights to others, to sell or dispose of such
2   rights and copyrights.   All costs, fees and expenses
3   attendant or attributable to any of the foregoing shall be
4   paid equally by the parties. Petitioner shall not act in
5   an unreasonable manner in the exercise of his sole
6   discretion as hereinabove set forth and shall not
7   maliciously or willfully take any action with a view of
8   damaging Respondent or her interest herein. Petitioner
9   shall not incur any fees and costs pertaining thereto in
10  excess of $7,500.00 without first obtaining Respondent's
11  written consent or a Court order. The court shall retain
12  jurisdiction to determine the rights and duties of the
13  Petitioner and the Respondent under this paragraph.

14          (d)   Petitioner shall have the sole right, at
15  common expense (but not in excess of $7,500.00 without
16  Respondent's consent or Court order having first been
17  obtained), to prosecute, defend, settle and compromise all
18  claims, disputes and actions respecting the foregoing
19  rights and compositions, and to do and perform all things
20  reasonably necessary concerning the rights and
21  compositions, and the copyrights therein, and any
22  extensions and renewals thereof, and to prevent and
23  restrain the infringement of the copyrights or other rights
24  with respect to the compositions. Costs, fees and expenses
25  attendant or attributable to the foregoing shall be paid by
26  the parties equally. With regard to subparagraphs (b), (c)
27  and (d) of this Paragraph 8, Petitioner shall act
28  reasonably and in good faith and as a fiduciary with

8/25/89                    -37-

respect to Respondent's rights therein. The court shall
retain jurisdiction to determine the rights and duties of
the Petitioner and the Respondent under this paragraph.

10.    In connection with any future modification of spousal support, it is the parties' intent, and this Court's order, that one-half of all future royalties arising from Community Musical Compositions only (it is the intention hereof to exclude Jobete Publishing Company, Inc.'s royalties from being included in the Court's consideration of the income of either party) shall be excluded from the calculations of the Respondent's income and one-half thereof shall be included in the calculations of the Respondent's income. Additionally, one-half of all future royalties arising from all Community Musical Compositions only shall be excluded from the calculations of the Petitioner's income and one-half thereof shall be included in the calculations of the Petitioner's income. It is not the intention to exclude from the Court's consideration and inclusion in income of the parties hereto the separate property royalties of either of them. With regard to any such modification, the Petitioner, to the best of his ability, shall furnish requisite documents to substantiate his position for a reduction as will Respondent, to the best of her ability, furnish requisite documents to substantiate her position for increase. If either party fails to do so, the Court may consider,

8/25/89                    -39-

1   consistent   with   the law, the cooperation, or lack thereof,

2   in connection with an award of fees and costs.

3

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16.   Each party hereto warrants to the other that the warrantor does not own any property of any kind, other than the property listed herein. If it later appears that either warrantor now owns any other property, and that the warrantee has an interest in this other property, the warrantor shall transfer or pay to the warrantee, at the warrantee's election (a) an amount of the other property equal to the warrantee's interest in it, if it is reasonably suseptible to division, or (b) the fair market value of the warrantee's interest on the effective date of this agreement, or (c) the fair market value of the warrantee's interest at the time the warrantee discovers the warrantor's ownership of the property.

17.   No waiver of any term of this Judgment shall be or be construed to be a waiver of any other provision hereof.

18.   It is acknowledged by Petitioner and Respondent that they have, through their respective attorneys, participated in the preparation of this stipulated judgment and no provision shall be construed against either party by virtue of said party's or his or her attorney's acts in the preparation of this Judgment.

20.     Each party agrees on demand of the other to execute or deliver any instrument, furnish any information or perform any other act reasonably necessary to carry out the provisions of this judgment without undue delay or expense.     Any party who fails to comply with this paragraph shall reimburse the other party for any expenses, including attorneys' fees and costs, which, as a result of the failure becomes reasonably necessary to carry out this judgment.

APPROVED AS TO FORM AND CONTENT:

_____
WILLIAM ROBINSON, JR., PETITIONER


APPROVED AS TO FORM AND CONTENT:

_____
CLAUDETTE A. ROBINSON, RESPONDENT


MANNIS & BARBAKOW

By _____
DANIEL R. BARBAKOW
Attorneys for Petitioner


_____
STEPHEN M. FLEISHMAN
Attorney for Respondent


DATED: ___NOV 0 6 1989___

_____
WILLIAM P. HOGOBOOM
JUDGE OF THE SUPERIOR COURT



THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE, AND CORRECT COPY
OF THE ORIGINAL ON FILE AND OF RECORD IN
MY OFFICE.

NOV 2 7 2007

ATTEST _____

JOHN A. CLARKE, CLERK

Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles.

By _____ Deputy

L. WHITE