John E. Mason, Jr. (SBN 51116)
Scott N. Weston (SBN 130357)
Jonathan B. Altschul (SBN 234244)
Patrick J. Hagan (SBN 266237)
**FOX ROTHSCHILD LLP**
1800 Century Park East, 3rd Floor
Los Angeles, California 90067-3005
Tel 310.598.4150 / Fax 310.556.9828
jmason@foxrothschild.com
sweston@foxrothschild.com
jaltschul@foxrothschild.com
phagan@foxrothschild.com

Neal S. Cohen (*admitted pro hac vice*)
**FOX ROTHSCHILD LLP**
1225 17th St., Suite 2200
Denver, Colorado 80202
Tel 303.292.1200 / Fax 303.292.1300
ncohen@foxrothschild.com

Attorneys for Plaintiff
WILLIAM ROBINSON, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, JR., an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLAUDETTE ROGERS ROBINSON, an individual,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:14-cv-01701-JAK-FFM<br><br>**JOINT REPORT REGARDING SETTLEMENT PROCESS** |

**JOINT REPORT REGARDING SETTLEMENT PROCESS**

Pursuant to the Court's Minute Order dated June 30, 2014 [Dkt. No. 30] (the "Minute Order"), Plaintiff William Robinson, Jr. ("Plaintiff") and Defendant Claudette Robinson ("Defendant") hereby submit the following Joint Report Regarding the Settlement Process.

**a.  Information on Settlement Process**

After Plaintiff filed his Complaint on March 7, 2014 [Dkt. No. 1], counsel for both parties met and conferred in person regarding a potential settlement. No agreement was reached, and discussions terminated.

**b.  Agreement of Neutral**

In accordance with the Court's Minute Order, the parties met and conferred telephonically and by email regarding, *inter alia*, a neutral mediator agreeable to both sides. Pursuant to those discussions, the parties have tentatively agreed on Magistrate Judge Margaret A. Nagle, subject to her approval and this Court's consent.

The parties recognize that their agreement conflicts with their stipulation in the Rule 16(b) Joint Report [Dkt. No. 28], whereby both sides elected to have an outside ADR/Non-Judicial mediator as their neutral. Thus, the parties seek this Court's approval to modify their election. If either the Court or Judge Nagle denies this request, the parties have agreed to proceed with JAMS mediator Hon. Dickran Tevrizian, Retired.

**c.  Date and Time Range for Settlement Conference**

Once a mediator is selected, the parties will work with the mediator to set a settlement conference at the earliest availability.

*[signatures on following page]*

1
**JOINT REPORT REGARDING SETTLEMENT PROCESS**

1

2  Dated: July 23, 2014                    FOX ROTHSCHILD LLP

3                                          By: /s/Patrick J. Hagan
                                               Neal S. Cohen
4                                              Patrick J. Hagan
                                               Attorneys for Plaintiff
5

6

7  Dated: July 23, 2014                    **KATTEN MUCHIN ROSENMAN LLP**
                                           Zia F. Modabber
                                           Tami Kameda Sims
8                                          Jarin R. Jackson

9
                                           By:   /s/Zia F. Modabber
10                                               Zia F. Modabber
                                                 Attorneys for defendant and
11                                               counterclaimant Claudette Robinson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**JOINT REPORT REGARDING SETTLEMENT PROCESS**