**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV14-1701 JAK(FFMx) | Date | July 28, 2014 |
| Title | William Robinson Jr. v. Claudette Rogers Robinson | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Melissa Kunig | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Patrick J. Hagan | Zia F. Modabber |
| Neal S. Cohen | Jarin R. Jackson |

**Proceedings:**  **PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS (DKT. 20)**

The motion hearing is held. The Court raises certain issues with respect to Plaintiff's motion to dismiss Defendant's counterclaims (the "Motion"). Counsel address the Court. The Court orders the parties to file, on or before August 4, 2014, a joint report presenting the parties' collective or respective views regarding: (i) whether there was any later modification to the 1989 Stipulated Judgment material to the issues raised in the Motion; (ii) whether, in light of the issues raised at the hearing with respect to ripeness, Defendant plans to pursue all counterclaims and, if not, which she intends to pursue; (iii) whether Defendant plans to pursue the counterclaims with respect to both her claimed right to a tenancy-in-common in the copyrights and her claimed right to the economic benefits of the copyrights, or just as to the latter; and (iv) when it would be productive to meet with Magistrate Judge Nagle regarding settlement. Upon receipt of this joint report, the Court will take the Motion UNDER SUBMISSION.

**IT IS SO ORDERED.**

|  |  |  |
|---|---|---|
|  | 0 : 50 |
| Initials of Preparer | mku |