Zia F. Modabber (CA 137388)
  zia.modabber@kattenlaw.com
Tami Kameda Sims (CA 245628)
  tami.sims@kattenlaw.com
Jarin R. Jackson (CA 274031)
  jarin.jackson@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendant and Counterclaimant
CLAUDETTE ROBINSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, JR., an individual<br><br>          Plaintiff,<br><br>     vs.<br><br>CLAUDETTE ROGERS ROBINSON, an individual,<br><br>          Defendant.<br>_____<br>CLAUDETTE ROBINSON, an individual,<br><br>          Counterclaimant,<br><br>     vs.<br><br>WILLIAM ROBINSON, JR., an individual,<br><br>          Counterdefendant.<br>_____ | Case No. 14-cv-01701 JAK (FFMx)<br><br>[Hon. John A. Kronstadt]<br><br>**JOINT REPORT REGARDING ISSUES ON MOTION TO DISMISS** |

Pursuant to the Court's July 28, 2014 Minute Order [Dkt. No. 37], plaintiff-counterdefendant William Robinson, Jr. ("Plaintiff") and defendant-counterclaimant Claudette Robinson ("Defendant") hereby submit the following Joint Report Regarding Issues on Plaintiff's Motion to Dismiss Defendant's Counterclaims (the "Motion").

## I. THE 1989 STIPULATED JUDGMENT

To the best of the parties' knowledge, there was no modification of the 1989 Stipulated Judgment material to the issues raised in the Motion.

## II. DEFENDANT'S INTENDED PURSUIT OF HER COUNTERCLAIMS

Defendant intends to pursue all of her counterclaims. Accordingly, she will pursue her first counterclaim for declaratory relief with respect to both a fifty percent tenancy-in-common interest in the copyrights, and a fifty percent interest in the economic benefits of the copyrights. She will also proceed with her second through seventh state law counterclaims.

## III. SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE NAGLE

The parties agree that a settlement conference with Magistrate Judge Nagle prior to the ruling on Plaintiff's Motion will be productive.

Dated: August 4, 2014

KATTEN MUCHIN ROSENMAN LLP
Zia F. Modabber
Tami Kameda Sims
Jarin R. Jackson

By: /s/ Zia F. Modabber
Zia F. Modabber
Attorneys for Defendant and Counterclaimant
CLAUDETTE ROBINSON

Dated: August 4, 2014

FOX ROTHSCHILD LLP

By: /s/Patrick J. Hagan
Neal S. Cohen
Patrick J. Hagan
Attorneys for Plaintiff and Counterdefendant