NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ROBINSON, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLAUDETTE ROGERS ROBINSON, an individual,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:14-cv-01701-JAK-FFM<br><br>**ORDER GRANTING STIPULATIO TO CONTINUE POST MEDIATION STATUS CONFERENCE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the parties' Joint Report Regarding Status of Settlement and Stipulation to Continue Status Conference, and good cause appearing, the Court hereby ORDERS that the status conference previously scheduled for October 6, 2014, at 1:30 p.m. is hereby continued to October 20, 2014, at 1:30 p.m. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed on or before October 6, 2014. No appearance will be required on October 20, 2014, if such notice is filed on or before October 6, 2014. If a notice of settlement is not filed, counsel shall file a joint report by October 6, 2014, regarding the status of settlement.

IT IS SO ORDERED.

Dated: September 30, 2014

Honorable John A. Kronstadt
United States District Judge