1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, JR., an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>CLAUDETTE ROGERS ROBINSON, an individual,<br><br>        Defendant. | Case No.: 2:14-cv-01701-JAK-FFM<br><br>**ORDER GRANTING JOINT REPORT RE STATUS OF SETTLEMENT AND REQUEST TO VACATE TRIAL DATE** |
| AND RELATED COUNTERCLAIMS | |

**ORDER CONTINUING STATUS CONFERENCE**
Error! Unknown document property name. 10/08/2014

Having reviewed the parties' Joint Report Regarding Status of Settlement and Request to Vacate Trial Date, and good cause appearing, the Court hereby ORDERS:

1. The February 9, 2015 trial date is vacated along with any related discovery and motion deadlines; and
2. That the status conference previously scheduled for October 20, 2014, at 1:30 p.m. is hereby continued to November 10, 2014, at 1:30 p.m. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed on or before October 20, 2014. No appearance will be required on November 10, 2014, if such notice is filed on or before October 20, 2014. If a notice of settlement is not filed, counsel shall file a joint report by October 20, 2014, regarding the status of settlement.

IT IS SO ORDERED.

Dated: October 8, 2014

Honorable John A. Kronstadt
United States District Court Judge