John E. Mason, Jr. (SBN 51116)
Scott N. Weston (SBN 130357)
Jonathan B. Altschul (SBN 234244)
Patrick J. Hagan (SBN 266237)
**FOX ROTHSCHILD LLP**
1800 Century Park East, 3rd Floor
Los Angeles, California  90067-3005
Tel 310.598.4150 / Fax 310.556.9828
jmason@foxrothschild.com
sweston@foxrothschild.com
jaltschul@foxrothschild.com
phagan@foxrothschild.com

Neal S. Cohen (*admitted pro hac vice*)
**FOX ROTHSCHILD LLP**
1225 17th St., Suite 2200
Denver, Colorado 80202
Tel 303.292.1200 / Fax 303.292.1300
ncohen@foxrothschild.com

Attorneys for Plaintiff
WILLIAM ROBINSON, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, JR., an individual, | Case No.: 2:14-cv-01701-JAK-FFM |
| Plaintiff, | **JOINT REPORT REGARDING STATUS OF SETTLEMENT** |
| vs. | |
| CLAUDETTE ROGERS ROBINSON, an individual, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

## JOINT REPORT REGARDING STATUS OF SETTLEMENT

Pursuant to the Court's Minute Order dated October 8, 2014 [Dkt. No. 48] (the "Minute Order"), the Court set November 10, 2014, for a further status conference and ordered that the parties submit a notice of settlement or a joint report regarding the status of settlement by October 20, 2014.

Pursuant to the Minute Order, Plaintiff William Robinson, Jr. ("Plaintiff") and Defendant Claudette Robinson ("Defendant") hereby submit the following joint report regarding the status of settlement.

The parties conducted a mediation before Judge Margaret A. Nagle on September 10, 2014.  Settlement discussions have continued since then, although no agreement has yet been reached.

The parties desire to continue their ongoing settlement discussions prior to the status conference.   The parties will submit a further joint report regarding the status of settlement with the Court on November 3, 2014, in advance of the status conference set for November 10, 2014.


Dated: Oct. 20, 2014                    FOX ROTHSCHILD LLP

                                  By:   /s/Patrick J. Hagan_____
                                        Neal S. Cohen
                                        Patrick J. Hagan
                                        Attorneys for Plaintiff


Dated: Oct. 20, 2014                    **KATTEN MUCHIN ROSENMAN LLP**
                                        Zia F. Modabber
                                        Tami Kameda Sims
                                        Jarin R. Jackson


                                  By:___/s/Zia F. Modabber_____
                                        Zia F. Modabber
                                        Attorneys for defendant and
                                        counterclaimant Claudette Robinson

1