Jeffrey S. Kravitz (SBN 66481)
John E. Mason, Jr. (SBN 51116)
Scott N. Weston (SBN 130357)
Jonathan B. Altschul (SBN 234244)
Patrick J. Hagan (SBN 266237)
**FOX ROTHSCHILD LLP**
1800 Century Park East, 3rd Floor
Los Angeles, California  90067-3005
Tel 310.598.4150 / Fax 310.556.9828
jskravitz@foxrothschild.com
jmason@foxrothschild.com
sweston@foxrothschild.com
jaltschul@foxrothschild.com
phagan@foxrothschild.com

Attorneys for Plaintiff
WILLIAM ROBINSON, JR.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ROBINSON, JR., an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>CLAUDETTE ROGERS ROBINSON, an individual,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:14-cv-01701-JAK-FFM<br><br>**FURTHER JOINT REPORT REGARDING STATUS OF SETTLEMENT** |

**JOINT REPORT REGARDING STATUS OF SETTLEMENT**

Pursuant to the parties' statement of intent included in their October 20, 2014 Joint Report Regarding Status of Settlement [Dkt. No. 49], Plaintiff William Robinson, Jr. ("Plaintiff") and Defendant Claudette Robinson ("Defendant") hereby report further that their settlement discussions have not yet resulted in a final settlement. The parties nonetheless intend to continue their settlement discussions and will report further updates, as applicable, at the November 10, 2014 status conference.

Dated: Nov. 3, 2014         FOX ROTHSCHILD LLP

                            By: /s/Patrick J. Hagan
                                Neal S. Cohen
                                Patrick J. Hagan
                                Attorneys for Plaintiff

Dated: Nov. 3, 2014         **KATTEN MUCHIN ROSENMAN LLP**
                            Zia F. Modabber
                            Tami Kameda Sims
                            Jarin R. Jackson

                            By: /s/ Tami K. Sims
                                Tami Kameda Sims
                                Attorneys for defendant and
                                counterclaimant Claudette Robinson